Affirm and Opinion Filed January 16 , 2013



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01139-CR

**THOMAS VINCIENT BROWN A/K/A THOMAS VINCENT BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CR09-1565

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans
Opinion by Chief Justice Wright

Thomas Vincent Brown was convicted of driving while intoxicated. Punishment was assessed at ninety days' confinement in jail, probated for two years, and a $750 fine. We adopted the trial court's finding that appellant no longer desires to pursue the appeal and ordered the appeal submitted without briefs. *See* TEX. R. APP. P. 38.8(b)(4). Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THOMAS VINCIENT BROWN A/K/A
THOMAS VINCENT BROWN,
Appellant

No. 05-12-01139-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the County Court at Law of
Rockwall County, Texas (Trial Court No.
CR09-1565).
Opinion delivered by Chief Justice Wright
and Justices Myers and Evans participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered January 16, 2013.


_____
CAROLYN WRIGHT
CHIEF JUSTICE